675 A.2d 1210

**Deborah HECKER, Appellant,**

**v.**

**Daniel H. O'CONNELL, Sr.**

Supreme Court of Pennsylvania.

Argued May 1, 1996.

Decided May 17, 1996.

Reargument Denied July 17, 1996.

Daniel H. O'Connell, Sr., pro se.

Mark B. Dischell, Co–Counsel, Landsdale, for Daniel H. O'Connell, Jr.

Richard S. Kempes, Doylestown, for Deborah Hecker.

Thomas Corbett, Attorney General, for appellee.

Before FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., did not participate in the consideration or decision of this case.

ZAPPALA, J., dissents.